MIKE NORKUS, Respondent, *v.* PITTSBURGH COAL COMPANY, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 20th day of March, 1915.

PER CURIAM: By section 432, subdivision 3, of the Code of Civil Procedure, service is authorized upon a resident director where the defendant, a foreign corporation, has property within this State. The person served was a resident director, and from the record it appears that the defendant corporation has property within this State. The service upon the defendant in this manner is, therefore, authorized by the Code, and for that reason the motion to set aside the service of the summons was properly denied. The order appealed from is, therefore, affirmed, with ten dollars costs and disbursements. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order affirmed, with ten dollars costs and disbursements.

---

MOSES PACKARD and NATHAN J. PACKARD, Respondents, *v.* RICHARD LAWLER, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 23d day of February, 1915.

PER CURIAM: It appears in this case that the whole transaction took place in the city of Syracuse, Onondaga county. The note was dated there, was payable there, and the loan was made to the defendant, who resides there, and if the transaction was usurious, it was the result of an agreement made there. We think this action should be tried where the whole transaction occurred. The order, therefore, is reversed, with ten dollars costs and disbursements, and the motion to transfer the place of trial to Onondaga county granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted.